IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR117 |
| VICTOR JACQUES DANIELS, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

UPON ORAL MOTION OF THE GOVERNMENT, and no objection from the defendant,

IT IS ORDERED that the evidentiary hearing on the Motion to Suppress [14] filed by the defendant is continued to **August 2, 2006** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 19th day of June, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge